In the Matter of the Compensation of
Jon T. Mars, Jr., Claimant.
SAIF CORPORATION
and Bingham-Willamette Company,
*Petitioners,*

*v.*

Jon T. MARS, Jr.,
*Respondent.*

(92-01535; CA A79173)

876 P2d 866

David L. Runner, Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Daniel J. DeNorch argued the cause and filed the brief for respondent.

Before Deits, Presiding Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Reversed and remanded. *Harsh v. Harsco Corp.*, 123 Or App 383, 859 P2d 1178 (1993), *rev den* 318 Or 661 (1994).

_____

* Haselton, J., *vice* Durham, J.